UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALSH,<br><br>      Plaintiff,<br><br>  v.<br><br>NELNET, INC.,<br><br>      Defendant. | 24 Civ. 4325 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **October 23, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **November 27, 2024, at 4:00 P.M. EST**. The Court is also in receipt of Defendant's fully briefed Motion to Dismiss and Motion to Stay Discovery.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: November 25, 2024
   New York, New York

                       _____
                       DALE E. HO
                       United States District Judge